IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 07-3874 |
| § | |
| CITY OF BRYAN, *et al.* § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on June 23, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge